IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ERIC CHRISTOPHER DROEGEMEIER,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW G. WHITAKER, KIRSTJEN M. NIELSEN, L. FRANCIS CISSNA, and EDWARD A. NEWMAN,<br><br>Defendants. | CV 19–14–M–DLC<br><br>ORDER |

Before the Court is Plaintiff Eric Christopher Droegemeier's Motion for *Pro Hac Vice* Admission of Jeffrey B. Widdison. (Doc. 4.) Mr. Widdison's application appears to be in order.

Accordingly, IT IS ORDERED that Plaintiff's motion to admit Jeffrey B. Widdison *pro hac vice* (Doc. 4) is GRANTED on the condition that Mr. Widdison does his own work. This means that Mr. Widdison must (1) do his own writing, (2) sign his own pleadings, motions, and briefs, and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing

1

SCANNED

system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Widdison, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 24th day of January, 2019.

Dana L. Christensen, Chief Judge
United States District Court