JOSEPH H. HUNT
Assistant Attorney General
United States Department of Justice
WILLIAM C. PEACHEY
Director
GISELA A. WESTWATER
Assistant Director
KATHERINE J. SHINNERS
Senior Litigation Counsel
LINDSAY M. VICK
Trial Attorney
Office of Immigration Litigation
Ben Franklin Station, P.O. Box 868
Washington, DC 20044
202-532-4023
lindsay.vick@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| Eric Christopher DROEGEMEIER,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM P. BARR, Attorney General of the United States; KIRSTJEN M. NIELSEN, Secretary of the Department of Homeland Security; L. FRANCIS CISSNA, Director of U.S. Citizenship and Immigration Services; LAURA B. ZUCHOWSKI, District Director of the Vermont Service Center, U.S. Citizenship and Immigration Services,<br><br>Defendants. | Case No. 9:19-cv-00014-DLC<br>Chief Judge Dana L. Christensen<br><br>**DEFENDANTS' MOTION TO DISMISS THE COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants hereby move to dismiss the Complaint (ECF No. 1) in this case for failure to state a claim upon which relief can be granted. Pursuant to Local Rule 7.1(c)(1), Defendants' counsel contacted Plaintiff's counsel for his position regarding the present motion. Plaintiff's counsel stated that Plaintiff opposes the motion.

Dated: May 2, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division, U.S. Dep't of Justice

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

KATHERINE J. SHINNERS
Senior Litigation Counsel

By: /s/ *Lindsay M. Vick*
LINDSAY M. VICK
MA Bar# 685569
Trial Attorney
Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868
Washington, DC 20044
Tel: (202) 532-4023
Email: Lindsay.vick@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above Motion to Dismiss was served upon the attorney of record for each other party on May 2, 2019, through the CM/ECF for the District of Montana, which will generate automatic service upon all counsel of record enrolled to receive such service.

*/s/ Lindsay M. Vick*
LINDSAY M. VICK
Trial Attorney
United States Department of Justice