Benjamin M. Darrow
Darrow Law
P.O. Box 7235
Missoula, MT 59807
(406) 647-0417
ben@darrowlawmt.com
Jeffrey B. Widdison (*prohac vice*)
Jeremy L. McKinney (*pro hac vice*)
McKinney Immigration Law
P.O. Box 1800
Greensboro, NC 27402
(910) 509-7171
jeff@mckinneyimmigration.com
(336) 275-5885
jeremy@mckinneyimmigration.com

JOSEPH H. HUNT
Assistant Attorney General
United States Department of Justice
WILLIAM C. PEACHEY
Director
KATHERINE J. SHINNERS
Senior Litigation Counsel
LINDSAY M. VICK
Trial Attorney
Office of Immigration Litigation
Ben Franklin Station, P.O. Box 868
Washington, DC 20044
202-532-4023
lindsay.vick@usdoj.gov

Attorneys for Plaintiff

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| Eric Christopher DROEGEMEIER, <br><br> Plaintiff, <br><br> v. <br><br> William P. Barr, Attorney General of the United States, et al., <br><br> Defendants. | Case No. 9:19-cv-00014-DLC <br><br> Chief Judge Dana L. Christensen <br><br> JOINT MOTION TO STAY ALL DEADLINES |

The undersigned attorneys of record have conferred as required by the Court's October 16, 2019 Order and hereby jointly move to stay all deadlines in this matter. In support of this joint motion the parties state as follows:

1. The parties agree that this case is a civil action for relief against Defendants pursuant to the Administrative Procedure Act (APA), 5 U.S.C. §§ 701 to 706.

2. The parties are currently negotiating an administrative resolution of this matter without the need for further intervention by the Court. Defendant United States Citizenship and Immigration Services has agreed to seek to reopen Plaintiff's visa petition before the Executive Office for Immigration Review.

3. As a result, it is stipulated, by and through the undersigned counsel, to stay all deadlines in this matter pending Defendants' reopening of Plaintiff's visa petition, or until January 6, 2020, whichever is sooner. It is further stipulated that Plaintiff will voluntarily dismiss the case within 30 days after Defendants issue a decision reopening Plaintiff's visa petition.

4. In the event that Defendants do not reopen Plaintiff's visa petition by January 6, 2020, the parties will file a joint case management plan with

the Court no later than January 13, 2020, setting forth a schedule for filing the administrative record and for briefing motions for summary judgment.

5.  Furthermore, the parties agree that cases like this are resolved on review of the administrative record.  Accordingly, if the parties do not reach an administrative resolution, Defendants intend to submit the administrative record, and the parties intend to file cross-motions for summary judgment based on the administrative record.  The parties do not anticipate the need for discovery at this time. As such, the parties stipulate that a deadline for completion of discovery is not necessary. Pursuant to Local Rule 16.2(a)(1), an action for review on an administrative record is exempt from preliminary pretrial statements, discovery plans, and related requirements unless otherwise ordered by the Court.

The parties respectfully request that the Court grant this joint motion. DATED this 23rd day of October, 2019.

*/s/ Lindsay M. Vick*
Trial Attorney
Attorney for Defendant

*/s/ Jeffrey B. Widdison*
Attorney for Plaintiff