FILED

DEC 31 2019

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ERIC CHRISTOPHER DROEGEMEIER,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM P. BARR, Attorney General of the United States; KIRSTJEN M. NIELSEN, Secretary of the Department of Homeland Security; L. FRANCIS CISSNA, Director of U.S. Citizenship and Immigration Services; EDWARD A. NEWMAN, District Director of the Vermont Service Center, U.S. Citizenship and Immigration Services,<br><br>Defendant. | CV 19–14–M–DLC<br><br>ORDER |

Before the Court is the parties' stipulation of dismissal, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). (Doc. 24.) Accordingly, IT IS ORDERED that this action is DISMISSED WTH PREJUDICE, with each party to bear its own costs and fees. The Clerk of Court is directed to close this case.

1

DATED this 31st day of December, 2019.

Dana L. Christensen, Chief District Judge
United States District Court